UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
NICHOLE EDMOND-PECOU,

                Plaintiff,

   -against-

CUSTOM COMPUTER SPECIALISTS, INC., a New York Corporation; and GAIL GROGAN,

                Defendants.
---------------------------------------x

Civil Action No. CV-11-2553

(Brodie, J.)
(Lindsay, M.J.)

**STIPULATION OF DISCONTINUANCE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record, that the above-captioned action is hereby dismissed in its entirety with prejudice, and with no award of attorneys' fees, costs or disbursements to any party; and

IT IS HEREBY FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and facsimile signatures shall have the same force and effect as an original.

Dated: Uniondale, New York
~~June~~ May 1, 2012

ZATUCHNI & ASSOCIATES, LLC

By: _____
   David Zatuchni, Esq.
*Attorneys for Plaintiff*
287 South Main Street
Lambertsville, New Jersey 08530
(609) 243-0300

FARRELL FRITZ, P.C.

By: _____
   Domenique Camacho Moran
   Steven N. Davi
*Attorneys for Defendants*
1320 RXR Plaza
Uniondale, New York 11556
(516) 227-0700

SO ORDERED:

_____
Dated: ~~Central Islip~~ Brooklyn, New York
      June 27, 2012